

# Wisconsin Court of Appeals

## 2017 WI App 71

### (Also reported in 904 N.W.2d 408.)

| | | | |
|---|---|---|---|
| State ex rel. Fariole v. Foster† | 2015AP000512 | 09–26–2017 | Affirmed |
| State v. McClinton | 2016AP000424 CR | 09–12–2017 | Affirmed |
| State v. Robertson† | 2016AP000568 CR | 09–12–2017 | Affirmed/ reversed/ remanded |
| The Schroeder Family Revocable Tr. v. Schroeder | 2016AP000940 | 09–12–2017 | Affirmed |
| Estate of Ziolkowski v. WMK, LLC | 2016AP000947 | 09–19–2017 | Affirmed |
| State v. James† | 2016AP000981 CR | 09–19–2017 | Affirmed |
| Waukesha County DHHS v. T.C.S.† | 2016AP001000, 2016AP001001 | 09–13–2017 | Affirmed |
| Doty v. Wisconsin Parole Commission | 2016AP001064 | 09–26–2017 | Affirmed |

† Petition to review filed.